**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01092-MSK-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: May 1, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| WESLEY R. BROWN, | Pro se |
| **Plaintiff,** | |
| v. | |
| MICHAEL COOKE, Exec. Dir. CO Div. of Motor Vehicles, *et al.*, | Ana Cristina Bowman |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in Session:     1:30 p.m.**
Court calls case. Appearances of defense counsel and pro se plaintiff.

The parties discuss the status of the case with the Court.

**ORDERED:** **The Motion for Entry of Default and Judgment by Default [filed December 5, 2006; doc. 29] is denied for the reasons stated on the record.**

**ORDERED:** **The Motion for Default Judgment [filed March 2, 2007; doc. 34] is denied for the reasons stated on the record.**

**ORDERED:** **Status Conference before Magistrate Judge Shaffer set for July 10, 2007 at 11:00 a.m.**

HEARING CONCLUDED.

**Court in Recess:     2:29 p.m.**
Total In-Court Time:     00:59