IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01092-MSK-CBS

WESLEY R. BROWN,
    Plaintiff,
v.

MICHAEL COOKE, Exec. Dir. CO. Div. Motor Vehicles, and
ROBERT MORGAN, Office Manager Aurora Drivers License Office,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Brown's oral request made in open court on July 10, 2007 for return of the exhibits attached to the Amended Complaint (doc. # 8). Mr. Brown's request is hereby granted and the Courtroom Deputy shall mail to Mr. Brown the printout of attachments parts one through three to doc. # 8.

    DATED at Denver, Colorado, this 11th day of July, 2007.

BY THE COURT:

    s/Craig B. Shaffer
    United States Magistrate Judge