**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01092-MSK-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: August 17, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| WESLEY R. BROWN, | Pro se |
| **Plaintiff,** | |
| v. | |
| MICHAEL COOKE, Exec. Dir. CO Div. of Motor Vehicles, *et al.*, | Ana Cristina Bowman |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in Session:     11:30 a.m.**
Court calls case. Appearances of defense counsel and pro se plaintiff.

The parties discuss the status of the case with the Court.

**ORDERED:**   The oral motion to withdraw Defendants' Motion for More Definite Statement [filed September 18, 2006; doc. 17] is granted. The motion is hereby withdrawn.

**ORDERED:**   Plaintiff's oral motion to withdraw Plaintiff's Motion for Order on Common Law Name Change [filed October 13, 2006; doc. 20] is granted. The motion is hereby withdrawn.

**ORDERED:**   Defendants' Motion to Dismiss [filed October 24, 2006; doc. 23] is denied as moot.

**ORDERED:**   Plaintiff's oral motion to withdraw his Amended Motion on Order for Common Law Name Change [filed December 5, 2006; doc. 28] is granted. The motion is hereby withdrawn.

**ORDERED:**  **The oral motion to withdraw Defendants' Unopposed Motion for Stay of Further Proceedings for Sixty Days [filed May 3, 2007; doc. 42] is granted. The motion is hereby withdrawn.**

HEARING CONCLUDED.

**Court in Recess:**    **12:45 p.m.**
Total In-Court Time:    01:15