**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:  06-cv-01092-MSK-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:  October 19, 2007** | **Courtroom Deputy:**  Ben Van Dyke |

| | |
|---|---|
| WESLEY R. BROWN, | Pro se |
| **Plaintiff,** | |
| v. | |
| MICHAEL COOKE, Exec. Dir. CO Div. of Motor Vehicles, *et al.*, | Todd S. Larson |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:**   **RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   **11:05 a.m.**
Court calls case.  Appearances of defense counsel and pro se plaintiff.

**ORDERED:**   The Motion to Withdraw Court Docket Report No. 60 [filed October 15, 2007; doc. 75] is granted for the reasons stated on the record.  The Motion for Redress of Injury by Federal Criminal Prosecution [filed August 30, 2007; doc. 60] is hereby withdrawn.

**ORDERED:**   The Motion to Withdraw Court Docket Report No. 65 [filed October 15, 2007; doc. 74] is granted for the reasons stated on the record.  The Allegation of Seventh Conspirator Ref. Court Docket Report No. 60 and Adams County Court, Case No. 2007 c 002705 [filed September 17, 2007; doc. 65] is hereby withdrawn.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties:  **November 23, 2007.**

Discovery Cut-off:  **January 18, 2008.**

Dispositive Motions deadline:  **February 8, 2008.**

HEARING CONCLUDED.
**Court in recess:**   **12:04 p.m.**
Total time in court:   00:59