IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01092-MSK-CBS

WESLEY R. BROWN,

    Plaintiff,

v.

MICHAEL COOKE, Exec. Dir. CO. Div. of Motor Vehicles, and
ROBERT MORGAN, Office Manager, Aurora Drivers License Office,

    Defendants.

ORDER GRANTING LEAVE TO PROCEED ON APPEAL
IN FORMA PAUPERIS AND DENYING FREE TRANSCRIPT

Krieger, Judge

    Plaintiff has submitted a Notice of Appeal. Plaintiff previously was allowed to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 in this court in this action. Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, Plaintiff is authorized to proceed in forma pauperis on appeal.

    However, the court finds that this appeal does not present a substantial question, i.e., a significant issue that is unique, unusual or reasonably debatable. Therefore, pursuant to 28 U.S.C. § 753(f), a free transcript will be denied. Accordingly, it is

    ORDERED that Plaintiff may proceed on appeal without prepayment of fees or security therefor. It is

    FURTHER ORDERED that Plaintiff may not be provided with a free transcript because there is none that exists.

DATED at Denver, Colorado this 10th day of April, 2009.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge